**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| IRIS ABAEV,<br><br>      Plaintiff,<br><br> vs.<br><br>CENTENE MANAGEMENT COMPANY LLC,<br><br>      Defendant. | Civil Case No.: 1:25-cv-1511 (RER) (VMS)<br><br>**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANT** |

TO: BRENNA B. MAHONEY
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

  Please enter the default of Defendant, Centene Management Company LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Emanuel Kataev, Esq.

Dated: Flushing, New York
    April 24, 2025

                **CONSUMER ATTORNEYS, PLLC**

                By:/s*/ Emanuel Kataev*
                Emanuel Kataev, Esq.
                6829 Main Street
                Flushing NY 11367-1305
                (718) 412-2421 (office)
                (718) 489-4155 (facsimile)
                ekataev@consumerattorneys.com

                *Attorneys for Plaintiff*
                *Iris Abaev*