IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IRIS ABAEV,<br><br>     Plaintiff,<br><br> vs.<br><br>CENTENE MANAGEMENT COMPANY LLC,<br><br>     Defendant. | Civil Case No.: 1:25-cv-1511 (RER) (VMS)<br><br>**CERTIFICATE OF DEFAULT** |

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Centene Management Company LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York

      April \_\_\_\_, 2025

                 BRENNA B. MAHONEY, Clerk of Court

                 By: _____
                     Deputy Clerk