**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| IRIS ABAEV,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CENTENE MANAGEMENT COMPANY LLC,<br><br>　　　　　Defendant. | Civil Case No.: 1:25-cv-1511 (RER) (VMS)<br><br>**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANT** |

TO:　　BRENNA B. MAHONEY
　　　　UNITED STATES DISTRICT COURT
　　　　EASTERN DISTRICT OF NEW YORK

　　　Please enter the default of Defendant, Centene Management Company LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Emanuel Kataev, Esq.

Dated: Flushing, New York　　　　　　　　　**CONSUMER ATTORNEYS, PLLC**
　　　　April 28, 2025

　　　　　　　　　　　　　　　　　　　　　　　By:/s/ *Emanuel Kataev*
　　　　　　　　　　　　　　　　　　　　　　　Emanuel Kataev, Esq.
　　　　　　　　　　　　　　　　　　　　　　　6829 Main Street
　　　　　　　　　　　　　　　　　　　　　　　Flushing NY 11367-1305
　　　　　　　　　　　　　　　　　　　　　　　(718) 412-2421 (office)
　　　　　　　　　　　　　　　　　　　　　　　(718) 489-4155 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　　ekataev@consumerattorneys.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　*Iris Abaev*