IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IRIS ABAEV,

           Plaintiff,

vs.

CENTENE MANAGEMENT COMPANY LLC,

           Defendant.

Civil Case No.: 1:25-cv-01511-RER-VMS

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2025, I served a true and correct copy of the documents described as:

    1) Issued Summons;

    2) Complaint;

    3) Civil Cover Sheet;

    4) Notice Option to Consent to Magistrate Judge Jurisdiction;

    5) Notice of Assignment of Case

    via Process Server, to the following:

                Centene Management Company LLC
                c/o C T Corporation System
                28 Liberty Street
                New York, NY 10005

| | |
|---|---|
| Dated: New York,<br>April 28, 2025 | **CONSUMER ATTORNEYS, PLLC**<br><br>By: /s/ *Emanuel Kataev*<br>Emanuel Kataev, Esq.<br>CONSUMER ATTORNEYS, PLLC<br>68-29 Main Street<br>Flushing NY 11367<br>T: (718) 412-2421<br>F: (718) 489-4155<br>E: ekataev@consumerattorneys.com<br><br>*Attorneys for Plaintiff*<br>*Iris Abaev* |

Civil Action No. 1:25-cv-01511-RER-VMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CENTENE MANAGEMENT COMPANY LLC c/o CT CORPORATION SYSTEM, was received by me on *(date)* March 21, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VINCENSIA SAPIENZA, Intake Agent , who is designated by law to accept service of process on behalf of *(name of organization)* CENTENE MANAGEMENT COMPANY LLC c/o CORPORATION SYSTEM, the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Option to Consent to Magistrate Judge Jurisdiction; 5) Notice of Assignment of Case, on *(date)* Monday, March 24, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 24, 2025

_____
*Server's signature*

Malcolm Newman
_____
*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 24, 2025, 9:48 am EDT at CORPORATE: 28 LIBERTY STREET, NEW YORK, NY 10005 received by VINCENSIA SAPIENZA as Service of Process Intake Agent. Age: 40s; Ethnicity: Hispanic; Gender: Female; Weight: 140s; Height: 5'5"; Hair: Brown; Eyes: Brown;
.