UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS ABAEV,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>CENTENE MANAGEMENT COMPANY LLC.<br><br>　　　　　　　Defendant. | Case No.  1:25-cv-01511-RER-VMS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that the undersigned hereby appears as counsel for Defendant Centene Management Company LLC ("Defendant") in the above-captioned action. Contact information for undersigned counsel for Defendant is as follows:

Rebecca A. Goldstein<br>
Littler Mendelson, P.C.<br>
900 Third Avenue – 8th Floor<br>
New York, NY 10022<br>
212.583.9600<br>
RGoldstein@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: May 7, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Rebecca A. Goldstein*
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Goldstein
　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　　　　900 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022.3298
　　　　　　　　　　　　　　　　　　　　　　　212.583.9600

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*