Case 1:25-cv-01511-RER-VMS   Document 10   Filed 05/07/25   Page 1 of 1 PageID #: 39

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS ABAEV,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CENTENE MANAGEMENT COMPANY LLC.<br><br>                    Defendant. | Case No.  1:25-cv-01511-RER-VMS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that the undersigned hereby appears as counsel for Defendant Centene Management Company LLC ("Defendant") in the above-captioned action. Contact information for undersigned counsel for Defendant is as follows:

Anat Maytal
Littler Mendelson, P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.583.9600
AMaytal@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: May 7, 2025
          New York, New York

/s/ *Anat Maytal*
Anat Maytal
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
212.583.9600

*Attorneys for Defendant*