**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| IRIS ABAEV<br><br>Plaintiff,<br><br>-v-<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>Defendant. | Civil Case No. 1:25-cv-01511<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Centene Management Company, LLC through its counsel Littler Mendelson, P.C., states that it is a wholly owned subsidiary of Centene Corporation which is publicly traded on the New York Stock Exchange. No other parent companies or subsidiaries not wholly owned by Centene Corporation exist. No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

Dated: May 19, 2025
      New York, New York

                                          /s/  *Rebecca Goldstein*
                                          Rebecca Goldstein
                                          Anat Maytal
                                          LITTLER MENDELSON, P.C.
                                          900 Third Avenue
                                          New York, NY  10022.3298
                                          212.583.9600
                                          rgoldstein@littler.com
                                          amaytal@littler.com

                                          *Attorneys for Defendants Centene*
                                          *Management Company, LLC*