

Littler Mendelson P.C.
900 Third Avenue
8th Floor
New York, NY  10022

Rebecca Goldstein
Shareholder
212.497.6854 direct
rgoldstein@littler.com

June 9, 2025

**VIA ECF**
Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214
Brooklyn, New York 11201

Re:   Iris Abaev v. Centene Management Company, LLC
      Case No. 1:25-cv-01511-RER-VMS

Dear Judge Scanlon:

     This firm represents Defendant Centene Management Company, LLC ("Defendant") in the above-referenced matter. Pursuant to Section II(b) of Your Honor's Individual Practice Rules, we write with the consent of Plaintiff Iris Abaev ("Plaintiff") to respectfully request that the initial case management conference currently scheduled for June 26, 2025, along with the associated case management deadlines (as set forth in the Court's May 9, 2025 Order), be adjourned *sine die* pending resolution of Defendant's anticipated motion to dismiss (see ECF No. 14).

     Additionally, Plaintiff requests, and Defendant does not oppose, an extension of time to respond to Defendant's pre-motion conference letter (ECF No. 14) to Friday, June 20, 2025.

     We appreciate the Court's time and consideration of this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Emanuel Kataev* | */s/ Rebecca A. Goldstein* |
| Emanuel Kataev | Rebecca A. Goldstein |
| Sage Legal LLC | Littler Mendelson P.C. |
| 18211 Jamaica Avenue | 900 Third Avenue |
| Jamaica, NY 114232327 | New York, NY 10022-3298 |
| Tel: 718-412-2421 | Tel: 212-497-6854 |
| emanuel@sagelegal.nyc | RGoldstein@littler.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

littler.com