UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IRIS ABAEV,

                                     Plaintiff,                    JUDGMENT

     v.

                                                                        25-cv-01511-RER-VMS

CENTENE MANAGEMENT COMPANY LLC,

                                     Defendant.
---------------------------------------------------------------X

       An Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on May 23, 2025, granting defendant's motion;  dismissing plaintiff's federal claims with prejudice; declining to exercise supplemental jurisdiction over plaintiff's state claims, which are dismissed without prejudice; it is

       ORDERED and ADJUDGED that defendant's motion is granted; that plaintiff's federal claims are dismissed with prejudice; and that the Court declines to exercise supplemental jurisdiction over plaintiff's state claims, which are dismissed without prejudice.

Dated: Brooklyn, New York                                 Brenna B. Mahoney
       June 26,  2025                                             Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk